UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:20-CR-00155(1)-ADA |
| | § | |
| (1) DOMINIC JOHNSON | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  April 24, 2025 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) DOMINIC JOHNSON, which alleged that

Johnson violated a condition of his supervised release and recommended that Johnson 's

supervised release be revoked (Clerk's  Document No. 731).  A warrant issued and

Johnson was arrested.  On April 30, 2025, Johnson appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set..

Johnson appeared before the magistrate judge on December 2, 2025, waived his

right to a preliminary hearing and to be present before the United States District Judge at

the time of modification of sentence, and consented to allocution before the magistrate

judge.  Following the hearing, the magistrate judge signed his report and

recommendation on December 10, 2025, which provides that having carefully considered

all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Johnson, the magistrate judge

recommends that this court revoke Johnson supervised release and that Johnson be

sentenced to imprisonment for NINE (9)months, with credit for any time already served

since his arrest, which shall run consecutively to the sentence imposed in 6:25-CR-133,

and with a term of THREE (3) YEARS of supervised  release to follow the term of

imprisonment (Clerk's  Document  No. 805). All special conditions shall be reimposed.

The THREE (3) YEAR term of supervised release in this case shall run concurrently with

the period of supervised release imposed in 6:25-CR-133.

A party may serve and file specific,  written  objections to the proposed  findings

and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to

timely file written  objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds  of plain error, from

attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions

accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On December 2, 2025, following the hearing on the motion to revoke supervised

release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections  To

Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 804). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 805 ) is hereby ACCEPTED AND ADOPTED by this court.

IT IS FURTHER ORDERED that Defendant (1) DOMINIC JOHNSON 's term of supervised release is hereby REVOKED.

IT IS FURTHER ORDERED that Defendant (1) DOMINIC JOHNSON be imprisoned for NINE (9) months with a term of supervised release of THREE (3) YEARS to follow the term of imprisonment, he shall receive credit for any time already served since his arrest, which shall run consecutively to the sentence imposed in 6:25-CR-133. All prior conditions of supervised release are reimposed, and this term of supervised releaes shall run concurrently to the period of supervised release imposed in 6:25-CR133.

Signed this 19th day of December, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE